IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

COUNTY OF ALAMEDA, a political subdivision of the State of California,

    Petitioner/Plaintiff,

v.

BENJAMIN D. AGUSTIN,

    Respondent/Defendant.

No. C 05-02954 JSW

**ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS* ON APPEAL**

On November 7, 2005, Defendant Benjamin D. Agustin filed both a notice of appeal and an application to proceed *in forma pauperis* on appeal. On October 31, 2005, the Court granted Plaintiff's motion to remand this action to State Court based on Agustin's failure to establish federal jurisdiction. The Court's order to remand this action is not appealable. *See* 28 U.S.C. § 1447(d); *see also United Investors Life Ins. Co. v. Waddell & Reed Inc.*, 360 F.3d 960, 967 (9th Cir. 2004) (28 U.C. S. § 1447(d) "precludes appellate review of the district court's remand order."). The Court therefore finds the appeal is not taken in good faith. Accordingly, Agustin's application to proceed *in forma pauperis* on appeal is DENIED.

**IT IS SO ORDERED.**

Dated: November 22, 2005

                                              JEFFREY S. WHITE
                                              UNITED STATES DISTRICT JUDGE